IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JAMES JONES | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:08cv90 |
| HARLEY LAPPIN | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

James Jones, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The magistrate judge has submitted a Report and Recommendation recommending the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. Petitioner filed objections to the Report and Recommendation, which the court has reviewed *de novo*.

The objections are without merit. Jones's reliance on the presumption against retroactivity and settled expectations, discussed in Landgraf v. USI Film Products, 511 U.S. 244 (1994), is misplaced. TheBureau of Prisons has discretion under the statute and did not violate petitioner's rights by finding him ineligibe for a reduced sentence upon completion of the Residential Drug Abuse Program. *See Richardson v. Joslin,* 501 F.3d 415, 419-20 (5th Cir. 2007).

### ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is

**ADOPTED** as the opinion of the court. A final judgment shall be entered denying the petition in accordance with the recommendation of the magistrate judge.

So **ORDERED** and **SIGNED** this **11** day of **January, 2010.**

_____
Ron Clark, United States District Judge